UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAUSHIK BANERJEE,

Plaintiff,

-against-

SHAD STASTNEY and SEECUBIC, INC.,

Defendants

26-CV-04626 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on August 13, 2026, the opposition to the pending motion to dismiss shall be filed by **August 31, 2026**, and the reply in further support shall be filed by **September 15, 2026**.

DATED: August 13, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**